United States District Court
Southern District of Texas
**ENTERED**
August 29, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JANE DOE #8, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:19-CV-130 |
| | § | |
| SALESFORCE.COM, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court is in receipt of Plaintiff's Motion to Remand, Dkt. No. 41. Having considered the motion, the responses filed by numerous defendants, and the reply, the Court **GRANTS** Plaintiff's motion to remand, Dkt. No. 41. This action is therefore **REMANDED** to County Court at Law No. 3 for Nueces County, Texas. The Clerk will provide a copy of this Order to the District Clerk of Nueces County, Texas.

SIGNED this 29th day of August 2019.

_____
Hilda Tagle
Senior United States District Judge